USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __11/10/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Building Service Service 32BJ Health Fund,
Building Service 32BJ Legal Services Fund,
Building Service 32BJ Thomas Shortman Training Fund
                              Plaintiffs,

- against -

Busy Bee Environmental Services Inc.     Defendants.
-----------------------------------------------------------x

Revised .Nov. 2, 2021

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

__20__ CV __08989__ (ER)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [~~consent~~] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [~~is~~] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by __October 15, 2021__.

4. Amended pleadings may be filed until __October 15, 2021__.

5. Interrogatories shall be served no later than __November 30, 2021__, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than __November 30, 2021__.

7. Non-expert depositions shall be completed by __December 15, 2021__.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____ December 30, 2021 _____.

9. Requests to Admit, if any, shall be served no later than December 30., 2021 _____.

10. Expert reports shall be served no later than _____ January 15, 2022 _____.

11. Rebuttal expert reports shall be served no later than _____ February 15, 2022 _____.

12. Expert depositions shall be completed by _____ February 28, 2022 _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _____ February 28, 2022 _____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Sarah L. Cave

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____ March 3, 2022 _____ at _____ 3:30 p.m. _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
November 10, 2021

_____
Edgardo Ramos, U.S. District Judge