UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, *and* BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING FUND,

                              Plaintiffs,

                – *against* –

BUSY BEE ENVIRONMENTAL SERVICES INC.,

                              Defendant.

**ORDER**

20-cv-8989 (ER)

RAMOS, D.J.:

      Plaintiffs filed an amended complaint on September 22, 2022. Defendant Busy Bee Environmental Services Inc. answered on November 22, 2022.

      By letter dated July 27, 2022, the parties advised the Court that certain requested documents had been produced by defendant and that plaintiffs were prepared to conduct the payroll compliance audit. Doc. 40. No further status has been provided. The parties are directed to submit a joint status report by next Wednesday, November 30, 2022, recommending next steps in this matter.

It is SO ORDERED.

Dated:   November 23, 2022
             New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.